IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

FILED
U.S. BANKRUPTCY COURT
2010 JUN 15 PM 3:29
NORTHERN DISTRICT OF OHIO
YOUNGSTOWN

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 08-43765 |
| PETERSON, CARL ROY | | |
| PETERSON, LINDA JEAN | ) | HON. KAY WOODS |
| Debtors | ) | CHAPTER 7 |

## DIVIDENDS LESS THAN $5.00

Pursuant to 11 U.S.C. Section 347 and Bankruptcy Rule 3010, the herein Trustee has dividend distribution less than $5.00 and has submitted a check herewith payable to Clerk, United States Bankruptcy Court, Check No. 8 in the amount of $1.34.

The dividend relates to the following claimant:

Claimant:                                          Amount:

THE AL XANDER COMPANY
3735 McCraken Road
Salem, OH  44460                                   $1.34


/s/ Mark A. Beatrice
MARK A. BEATRICE, Trustee     (#0011003)
201 E. Commerce Street
Youngstown, OH  44503-1641
(330) 743-1171
(330) 743-1190 (Fax)

{M0241088.1}